STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MATTEO ADINOLFI, DEFENDANT-PETITIONER.

*Mr. Matteo Adinolfi, in propria persona.*

*Mr. Grover C. Richman, Jr.,* and *Mr. Eugene T. Urbaniak* for the respondent.

February 10, 1958. Denied.

CITY OF PASSAIC, PLAINTIFF-PETITIONER, v. WILLIAM KINGSLEY, *ET AL.,* DEFENDANTS-RESPONDENTS.

See same case below: 47 *N. J. Super.* 265.

*Mr. William N. Gurtman* for the petitioner.

*Mr. Grover C. Richman, Jr.,* and *Mr. David M. Satz, Jr.,* for the respondents.

February 10, 1958. Denied.